BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GLENN R. PRUDEN
Deputy Attorney General
State Bar No. 195089
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5959
     Fax: (415) 703-1234
  Email: glenn.pruden@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALONZO TAYLOR,**<br><br>Petitioner,<br><br>v.<br><br>**JIM HAMLET, Warden,**<br><br>Respondent. | C 03-0592 MMC (PR)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Upon agreement of petitioner, through his counsel of record, Frank Bell, Esq., and the request of respondent, through the Office of the Attorney General of California, and good cause appearing, it is hereby agreed that the Case Management Conference currently set for 10:30 a.m., 11 August 2006 be continued until 10:30 a.m., 1 September 2006, and that the due date for the Case Management Statement, 4 August 2006, be continued to 25 August 2006.

    This request is made because respondent's counsel is currently scheduled to be on vacation in the Los Angeles area on 11 August 2006, returning to his office on 14 August 2006.

1  **IT IS SO STIPULATED**.

2

3

4  /s/ Glenn R. Pruden                                    28 July 2006
   _____            _____
5  GLENN R. PRUDEN                                        Dated
   Deputy Attorney General
   Attorney for Respondent
6  JIM HAMLET, Warden

7

8

9

10  /s/ Frank Bell                                        August 1, 2006
    _____           _____
11  FRANK BELL                                            Dated
    Attorney for Petitioner
12  ALONZO LEE TAYLOR

13

14

15

16

17

18

19

20

21  GRP/grp/gm
    SF2004FH0185
22  **20054740.wpd**

23

24

25

26

27

28

Stipulation And Order Continuing Case Management Conference - *Taylor v. Hamlet* - C 03-0592 MMC (PR)

2

**ORDER**

**GOOD CAUSE APPEARING**, the Case Management Conference previously scheduled for 10:30 a.m., 11 August 2006, is continued until 10:30 a.m., 1 September 2006. Accordingly, the due date for the Case Management Statement previously set for 4 August 2006, is continued until 25 August 2006.

**IT IS SO ORDERED**.

DATED: August 8, 2006.

MAXINE M. CHESNEY
United States District Judge