IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALONZO TAYLOR,** | C 03-0592 MMC (PR) |
| Petitioner, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **JIM HAMLET, Warden,** | |
| Respondent. | |

**GOOD CAUSE APPEARING**, the Case Management Conference previously scheduled for 10:30 a.m., Friday, March 9, 2007, is continued to 10:30 a.m., Friday, April 13, 2007. Accordingly, the due date for the Case Management Statement is continued to April 6, 2007.

If, as of April 6, 2007, the Monterey County Superior Court has not issued a decision on petitioner's pending Motion/Writ of Habeas Corpus to Vacate Restitution Fine, the parties may request a further brief continuance of the Case Management Conference.

**IT IS SO ORDERED**.

DATED: March 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge