EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GLENN R. PRUDEN
Deputy Attorney General
State Bar No. 195089
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5959
    Fax: (415) 703-1234
 Email: glenn.pruden@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALONZO TAYLOR,**<br><br>Petitioner,<br><br>v.<br><br>**JIM HAMLETT,**<br><br>Respondent. | C 03-0592 MMC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon mutual agreement of petitioner, through his counsel of record, Frank Bell, Esq., and respondent, through the Office of the Attorney General of California, and good cause appearing, it is hereby agreed that the Case Management Conference currently set for 10:30 a.m., Friday, 4 May 2007, be continued until 10:30 a.m., Friday, 13 July 2007, and that the due date for the Case Management Statement, Friday, 27 April 2007, be continued until Friday, 6 July 2007.

This request is made due to petitioner's counsel's involvement in an ongoing kidnap and rape-in-concert trial in San Mateo County Superior Court, which is expected to last six to eight weeks, and due to the fact that petitioner's state habeas corpus petition seeking relief from the $200 restitution fine at issue in this federal habeas proceeding is pending adjudication in the Monterey

1  County Superior Court. Depending on the resolution of petitioner's state habeas corpus petition, his
2  federal habeas petition may become moot.

3  **IT IS SO STIPULATED**.

4  Dated: 26 April 2007

   /s/ Glenn R. Pruden
   _____
5  GLENN R. PRUDEN
   Deputy Attorney General
6  Attorney for Respondent JIM HAMLET, Warden

9  Dated: 26 April 2007

   /s/ Glenn R. Pruden
   _____
   for FRANK BELL
10 Attorney for Petitioner ALONZO LEE TAYLOR

13                             **ORDER**

14       **GOOD CAUSE APPEARING**, the Case Management Conference previously scheduled
15 for 10:30 a.m., Friday, 4 May 2007, is continued until 10:30 a.m., Friday, 13 July 2007.
16 Accordingly, the due date for the Case Management Statement is continued until 6 July 2007.

17       **IT IS SO ORDERED**.

18       DATED:  April 27         , 2007.

22                           _____
                             MAXINE M. CHESNEY
                             United States District Judge