```
FRANK BELL, SBN 038955
Attorney at Law
333 Bradford Street, Suite 270
Redwood City, CA 94063
Telephone: (650) 365-8300
Facsimile: (650) 366-8987

Attorney For Petitioner
ALFONSO L. TAYLOR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFONSO L. TAYLOR,<br><br>    Petitioner,<br><br>  v.<br><br>JIM HAMLET, Warden<br><br>    Respondent.<br>_____/ | No. C 03-0592 MMC<br><br>[PROPOSED] ORDER<br><br>Issuing Writ of Habeas Corpus Ad Testificandum |

Petitioner ALFONSO L. TAYLOR has submitted an exparte application for an order issuing a writ of habeas corpus ad testificandum for petitioner ALFONSO L. TAYLOR, California Department of Corrections and Rehabilitation No. C36592, who is confined at the Avenal State Prison, Avenal, California. Petitioner represents that his testimony is necessary for and relevant to his presentation at his evidentiary hearing with respect to the above-captioned habeas corpus proceedings and GOOD CAUSE APPEARING;

    IT IS HEREBY ORDERED that a writ of habeas corpus ad

**ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**           1

testificandum issue, under the seal of this court, commanding Nick Dawson, Warden of Avenal State Prison, Avenal, California to produce inmate ALFONSO L. TAYLOR, CDC No. C36592, to testify and be present in the Unit4ed States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by this court and thereafter to return the inmate to the above institution.

    IT IS FURTHER ORDERED that the custodian of the above-named inmate notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ and this writ is applicable to the new place of incarceration and the Warden thereof.

Dated:  August 3, 2007

                                         HON. MAXINE M. CHESNEY
                                         United States District Judge

**ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**          2

**TO; JAMES E. TILTON, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, NICK DAWSON, WARDEN, AVENAL STATE PRISON, AVENAL, CALIFORNIA AND THE UNITED STATES MARSHAL:**

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**GREETINGS**

WE COMMAND that you have and there produce the body of ALFONSO L. TAYLOR, CDC No. C36592, who is now in custody of the California Department of Corrections, Avenal, California, before the Hon. Maxine M. Chesney, United States District Judge, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, on November 16, 2007 at 1:30 p.m. to testify on that date and thereafter, and at the termination of said testimony and appearance to return him forthwith to the custody of the California Department of Corrections and Rehabilitation, Avenal State Prison, Avenal, California or abide by such order of the above-entitled court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ and this writ applies to the new place of incarceration and the new Warden.

Dated: August 3, 2007

_____
HON. MAXINE M. CHESNEY
United States District Judge

**ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**                3