IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO TAYLOR,<br><br>  Petitioner,<br><br> v.<br><br>JIM HAMLETT, Warden,<br><br>  Respondent<br>_____/ | No. C-03-0592 MMC<br><br>**ORDER RE: RESPONDENT'S MOTION TO AMEND DEADLINES FOR EXCHANGE OF EXHIBITS AND WITNESS LISTS; SETTING DEADLINE TO FILE WITNESS LISTS, LODGE EXHIBITS, FILE OBJECTIONS TO EXHIBITS, AND FILE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

   Before the Court is respondent's "Motion to Amend Deadlines for Exchange of Exhibits and Witness Lists," pursuant to Civil Local Rule 6-3,[1] filed October 30, 2007. No opposition or response has been filed.[2]

   Respondent requests that the Court set the following deadlines: (1) no later than October 31, 2007, petitioner shall notify petitioner of all witnesses petitioner intends to call at the November 16, 2007 evidentiary hearing; (2) no later than October 31, 2007, both parties shall lodge with the Court all exhibits they intend to use at the evidentiary hearing and shall provide copies to each other; and (3) no later than November 2, 2007, the parties

---

[1] Respondent fails to indicate that he attempted to obtain a stipulation as to the requested schedule, as required by Civil Local Rule 6-3(a)(2). Nonetheless, the Court will consider the motion.

[2] Any opposition or response was due by November 2, 2007. See Civil L.R. 6-3(c).

shall notify each other of any objections to exhibits.  Because each such requested deadline expired either on or before the date for petitioner to respond to the instant motion, the requested deadlines are moot.  The Court, however, hereby sets the following deadlines:

    1.  No later than November 6, 2007, petitioner shall file his witness list.[3]

    2.  No later than November 6, 2007, both parties shall lodge with the Clerk of the Court and serve on each other copies of all exhibits they intend to offer or use at the evidentiary hearing, along with a list of such exhibits.  Each such exhibit shall be marked separately, petitioner's with numbers and respondent's with letters.

    3.  No later than November 9, 2007, the parties shall file any objections to any proposed exhibit.

    4.  No later than November 9, 2007, each party shall file proposed findings of fact and conclusions of law.

    5.  No later than November 13, 2007, each party shall indicate, by filing an amended exhibit list, any exhibits they have withdrawn.

**IT IS SO ORDERED.**

Dated:  November 2, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[3]Respondent filed his witness list on October 29, 2007.