IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALONZO TAYLOR,

        Petitioner,

  v.

JIM HAMLETT, Warden,

        Respondent

_____/

No. C-03-0592 MMC

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

    On November 16, 2007, the Court conducted an evidentiary hearing on petitioner Alonzo Taylor's petition for a writ of habeas corpus. Frank Bell appeared on behalf of petitioner. Glenn R. Pruden and Nanette Winaker of the Office of the Attorney General appeared on behalf of respondent Jim Hamlett.

    Having considered the evidence offered at the hearing and the arguments made on behalf of the parties, the Court, for the reasons stated on the record at the hearing, hereby DENIES the petition.

    **IT IS SO ORDERED.**

Dated: November 19, 2007

MAXINE M. CHESNEY
United States District Judge