IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALONZO TAYLOR,

        Petitioner,

  v.

JIM HAMLETT, Warden,

        Respondent.
                                    /

No. CV-03-0592 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** having considered the evidence offered at the hearing and the arguments made on behalf of the parties, the Court, for the reasons stated on the record at the hearing, hereby DENIES the petition.

Dated: November 19, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk