IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALONZO TAYLOR,

    Petitioner,

  v.

JIM HAMLETT, Warden,

    Respondent

                                              /

No. C-03-0592 MMC

**ORDER GRANTING APPLICATION FOR CERTIFICATE OF APPEALABILITY**

    Before the Court is petitioner's Application for Certificate of Appealability, filed December 11, 2007.

    Having considered the application, the Court hereby certifies, pursuant to 28 U.S.C. § 2253(c), the appealability of the following claim: whether petitioner would not have entered his nolo contrende plea had he known the trial court would have imposed a restitution fine.

    **IT IS SO ORDERED.**

Dated: December 28, 2007

                                                 MAXINE M. CHESNEY
                                                 United States District Judge